✎GAM 35　　　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  5:16-CR-00007-001 (MTT) |
| **MARK MANN** | |

On July 14, 2023, Mark Mann's term of supervised release period of 24-months commenced. Mann has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the *Guide to Judicial Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and he is no longer in need of supervision. Accordingly, it is recommended Mark Mann be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Stephen L. Parker, Jr.*

　　　　　　　　　　　　　　　　　　　Stephen L. Parker, Jr.
　　　　　　　　　　　　　　　　　　U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   23rd   day of   October  , 2024.

　　　　　　　　　　　　　　　　　　S/ Marc T. Treadwell

　　　　　　　　　　　　　　　　　MARC T. TREADWELL
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE